IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEFAH HASAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VITAL RECOVERY SERVICES, LLC | : | NO. 17-628 |

## ORDER

**AND NOW, TO WIT:** This 18th day of October, 2017, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Kate Barkman**, Clerk of Court

BY: *Lara L. Karlson*
Lara L. Karlson
Deputy Clerk